UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN CHEMICAL
TECHNOLOGIES, INC.,

       Plaintiff,                                  Case No. 17-cv-13433
                                                    Hon. Mark A. Goldsmith

vs.

COMERICA BANK,

       Defendant.
_____/

## **JUDGMENT**

      Judgment is entered in accordance with the opinion and order entered on today's date.

      SO ORDERED.

Dated: March 4, 2019                              s/Mark A. Goldsmith
       Detroit, Michigan                          MARK A. GOLDSMITH
                                                     United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 4, 2019.

                                                     s/Kristen MacKay for Karri Sandusky
                                                   Case Manager